# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH HEILMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        Defendants. | Civil Action No. 2:21-cv-00862-MRH<br><br>**Chief Judge Mark R. Hornak**<br><br>*Electronically filed*<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE IN PARTIAL OPPOSITION TO
DEFENDANTS' MOTION TO STAY (*ecf* 15)**

AND NOW comes Elizabeth Heilman, Plaintiff herein, by her undersigned counsel and submits this Response in Partial Opposition to Defendants' Motion to Stay Proceedings (*ecf* No. 15) pending a decision by the United States Judicial Panel on Multidistrict Litigation ("JPML") on a Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. §1407 (MDL No. 3014, *ecf* No. 1),[1] stating as follows:

1. As we had advised counsel for the Philips Defendants prior to the filing of their motion, Plaintiff Elizabeth Heilman does not oppose the Motion to Stay provided that any Order granting that relief confirms that all of the Philips Defendants are taking necessary steps to preserve the evidence that is the subject of this litigation, including preservation of certain of the

---

[1] Undersigned counsel Chimicles Schwartz Kriner & Donaldson-Smith LLP also represents plaintiffs John Anthony, Andrea Akers, Robert Peebles, Jonathan Jones, and Christina Harris-Errera, who filed similar cases in this Court. *See* Case Nos. 2:21-cv-01034-MRH; 2:21-cv-01008-MRH; 2:21-cv-00962-MRH; and 2:21-cv-00975-MRH.

CPAP breathing devices that they are repossessing from putative class members to "ensure proper disposal."[2]

2.  Instead of providing any such assurance – which is necessary in light of the Philips' Defendants' claim that they are collecting certain of the machines at issue in this litigation for "disposal" purposes – the Defendants have been unwilling to provide *any* such confirmation to Plaintiff's counsel; tellingly, their boilerplate motion to stay makes no mention of this request.

WHEREFORE, Plaintiff respectfully requests that any stay issued by this Honorable Court provide that the Philips Defendants take appropriate steps to preserve any machines that they collect from putative class members.

Dated:  September 20, 2021

| | |
|---|---|
| By: */s/ Arthur H. Stroyd, Jr.* <br> Arthur H. Stroyd, Jr. <br> Patrick K. Cavanaugh <br> Stephen J. Del Sole <br> **DEL SOLE CAVANAUGH STROYD LLC** <br> Three PPG Place <br> Suite 600 <br> Pittsburgh, PA 15222 <br> Tel: (412) 261-2172 <br> Fax: (412) 261-2110 <br> astroyd@dscslaw.com <br> pcavanaugh@dscslaw.com <br> sdelsole@dscslaw.com | By: */s/ Steven A. Schwartz* <br> Steven A. Schwartz <br> Benjamin F. Johns <br> Beena M. McDonald <br> Alex M. Kashurba <br> **CHIMICLES SCHWARTZ KRINER** <br> **& DONALDSON-SMITH LLP** <br> 361 W. Lancaster Avenue <br> Haverford, PA 19041 <br> Tel: (610) 642-8500 <br> Fax: 610-649-3633 <br> sas@chimicles.com <br> bfj@chimicles.com <br> bmm@chimicles.com <br> amk@chimicles.com |

---

[2] *See* https://www.pediatrichomeservice.com/wp-content/uploads/2021/08/Device-Return-Instructions.pdf .

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, I electronically filed the foregoing Response to Defendants' Motion to Stay with the Clerk of the Court using this Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Arthur H. Stroyd, Jr.*